**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOANN JAMES, | ) |
| Plaintiff, | ) Case No. 2:17-cv-01594-APG-GWF |
| vs. | ) **ORDER** |
| ROBERT DEJONG, *et al.*, | ) |
| Defendants. | ) |

This matter comes before the Court on Plaintiff's Applications to Proceed *in Forma Pauperis* (ECF No. 12 and 13), filed on February 6, 2018.

On January 18, 2018, the Court issued its screening order that granted Plaintiff leave to proceed in this action *in forma pauperis*. *See* ECF No. 11. Plaintiff's new applications to proceed *in forma pauperis* are therefore moot because the Court already granted Plaintiff this relief.

The screening order also addressed the deficiencies in Plaintiff's complaint and gave Plaintiff until February 20, 2018 to file an amended complaint. *Id.* On February 6, 2018, Plaintiff filed a Writ of Execution (ECF No. 15) that the Court interprets as Plaintiff's attempt at filing an amended complaint. The Court understands that it is difficult for a *pro se* litigant to navigate the complexities of the legal system; but Plaintiff's filing is not a proper amended complaint and even construing it as such, it suffers from the same fatal flaws as the original. The Court will still allow Plaintiff the opportunity to amend the complaint and Plaintiff is advised to refer to the Court's screening order for instructions on how to do so. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Applications to Proceed *in Forma Pauperis* (ECF No. 12 and 13) are **denied** as moot.

. . .

**IT IS FURTHER ORDERED** that Plaintiff shall have until **February 23, 2018** to file an amended complaint that addresses the deficiencies noted in the Court's Screening Order (ECF No. 11).

DATED this 9th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge