UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOANN JAMES,

Plaintiff,

v.

ROBERT DEJONG, et al.,

Defendants.

Case No. 2:17-cv-01594-APG-GWF

**REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's failure to comply with the court's Order to Show Cause (ECF No. 18), filed on March 2, 2018.

Plaintiff is proceeding in this action *pro se* and she filed a Complaint (ECF No. 1-1) on June 7, 2017. The court issued a Screening Order (ECF No. 11) granting Plaintiff permission to proceed *in forma pauperis* and screening the complaint pursuant to 28 U.S.C. § 1915(e). The undersigned found that Plaintiff's complaint failed to state a valid claim and allowed her until February 20, 2018, to file an amended complaint. The Screening Order warned Plaintiff that a failure to file an amended complaint addressing the deficiencies explained by the court may result in a recommendation to the district judge that this case be dismissed. However, she failed to file an amended complaint before the February 20, 2018 deadline.

On March 2, 2018, the court entered an Order to Show Cause (ECF No. 18) directing Plaintiff to show cause, in writing, no later than March 12, 2018, why this matter should not be dismissed for a failure to file an amended complaint. Plaintiff was again warned that a failure to show cause in writing or file an amended complaint would result in a recommendation to the district judge that this case be dismissed. On March 19, 2018, Plaintiff filed a letter with the Court that threatens litigation in Greensboro, North Carolina if Plaintiff does not receive the $13,000 allegedly owed to her. *See Letter* (ECF No. 19). This is not a proper amended complaint. Plaintiff

1

1  has been given several opportunities to file an amended complaint and it appears that she cannot

2  do so.  Therefore, the Court will recommend that this case be dismissed.

3      Accordingly,

4      **IT IS RECOMMENDED** that Plaintiff's Complaint (ECF No. 1-1) be **DISMISSED**

5  without prejudice.

6      **IT IS FURTHER RECOMMENDED** that the Clerk of the Court be instructed to close

7  this case and enter judgment accordingly.

8      Dated this 22nd day of March, 2018.

9

10

11      GEORGE FOLEY, JR.
        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28