# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOANN JAMES,<br><br>           Plaintiff,<br><br>v.<br><br>ROBERT DEJONG, *et al.*,<br><br>           Defendants. | Case No. 2:17-cv-01594-APG-GWF<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF. No. 20) |

On March 23, 2018, Magistrate Judge Foley entered a report and recommendation that I dismiss this case without prejudice because plaintiff Joann James failed to comply with the court's order to show cause. ECF No. 20. James did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). Additionally, Judge Foley's order to show case and report and recommendation were returned in the mail. ECF Nos. 21, 22. Under Local Rule IA 3-1, a pro se party must immediately advise the court of any change of address. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 20) is accepted**. Plaintiff Joann James's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 30th day of April, 2018.

                                                          ANDREW P. GORDON
                                                          UNITED STATES DISTRICT JUDGE